## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 17 B 17088 |
| | ) | |
| PATRICIA LOPEZ, | ) | Judge Carol A. Doyle |
| | ) | |
| Debtor. | ) | Chapter 13 |

### NOTICE OF FILING

To:   See Attached Proof of Service.

**PLEASE TAKE NOTICE** that on June 21, 2017, we caused to be filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, located at 219 South Dearborn Street, Chicago, Illinois the OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN filed by Secured Creditor, Seggio Development, LLC, a copy of which is enclosed herewith and thereby served upon you.

| | |
|---|---|
| | Respectfully submitted, |
| Thomas J. Dillon (ARDC # 3124223) | /s/ Wendy Kaleta Gattone |
| Wendy Kaleta Gattone (ARDC # 6226119) | One of the attorneys for the Secured |
| Nicholas S. Maragos (ARDC # 6306503) | Creditor, Seggio Development, LLC |
| Kyle T. Dillon (ARDC#6323818) | |
| MCFADDEN & DILLON, PC | |
| 120 S. LaSalle Street, Suite 1335 | |
| Chicago, Illinois 60603 | |
| (312) 201-8300 | |

STATE OF ILLINOIS    )
                     )    S.S.
COUNTY OF COOK       )

## PROOF OF SERVICE

      The undersigned, an attorney, certify that copies of the foregoing NOTICE OF FILING and OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN were served upon

| | |
|---|---|
| David H. Cutler | Patrick S. Layng |
| Cutler & Associates, Ltd. | Office of the U.S. Trustee, Region 11 |
| 4131 Main Street | 219 South Dearborn Street, Room 873 |
| Skokie, IL 60076 | Chicago, IL 60604 |

Tom Vaughn
Trustee
55 E. Monroe Street, Suite 3850
Chicago, IL 60603

the parties to whom they are directed by (i) electronic delivery pursuant to CM/ECF and (ii) placing true copies of same in a properly addressed postage prepaid envelope and depositing same in the United States postage receptacle located at 120 South LaSalle Street, Chicago, Illinois before the hours of 5:00p.m. on June 21, 2017.

                                                /s/ Wendy Kaleta Gattone

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No.  17 B 17088 |
| | ) | |
| PATRICIA LOPEZ, | ) | Judge Carol A. Doyle |
| | ) | |
| Debtor. | ) | Chapter 13 |

**OBJECTION TO CONFIRMATION OF**
**DEBTOR'S CHAPTER 13 PLAN**

NOW COMES the Secured Creditor, SEGGIO DEVELOPMENT, LLC ("Seggio"), by and through its attorneys, Thomas J. Dillon, Wendy Kaleta Gattone, Nicholas S. Maragos, Kyle T. Dillon, and McFadden & Dillon, P.C., and for its Objection to Confirmation of Chapter 13 Plan filed by the Debtor, PATRICIA LOPEZ pursuant to Fed.R.Bankr.P. §4001 and 11 U.S.C §§362 and 1342, states as follows:

1. The above-captioned bankruptcy was filed on June 2, 2017.

2. Seggio is the holder of the Note and Mortgage pursuant to the mortgage lien on the real property commonly known as 3216-18 S. Harlem, Riverside, IL 60546 (the "Property").

3. Debtor's Chapter 13 Plan filed herein proposes to pay Seggio arrears of $190,000.00 in monthly installments of $5,937.50 at an interest rate of 3.50% per annum over the life of the Chapter 13 Plan for an estimated total of $207,733.18.

4. Seggio objects to confirmation of the Debtor's Chapter 13 Plan for the following reasons:

    a. Debtor's proposed monthly payment to Seggio is not substantial enough to provide for full repayment of Seggio's secured claim in

    the amount of $227,218.00 as of June 1, 2017, for which a proof of claim has been filed.

  b. Debtor's proposed plan fails to require Debtor to pay the real estate taxes on the Property moving forward as required under the terms of the Mortgage.

  c. Debtor's proposed plan fails to require Debtor to maintain adequate insurance on the Property as required under the terms of the Mortgage.

**Wherefore**, Secured Creditor, SEGGIO DEVELOPMENT, LLC, respectfully requests that this Honorable Court enter an Order (i) denying confirmation of Debtor's proposed Chapter 13 Plan and (ii) grant such further and additional relief as the Court may deem just and proper.

        Respectfully submitted,

        /s/ Wendy Kaleta Gattone
        One of the attorneys for the Secured Creditor,
        Seggio Development, LLC

Thomas J. Dillon (ARDC # 3124223)
Wendy Kaleta Gattone (ARDC # 6226119)
Nicholas S. Maragos (ARDC # 6306503)
Kyle T. Dillon (ARDC#6323818)
MCFADDEN & DILLON, PC
120 S. LaSalle Street, Suite 1335
Chicago, Illinois 60603
(312) 201-8300